EX PARTE WILLIAM HOMER WEBB

NO. 07-00-0338-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JULY 17, 2000

______________________________

EX PARTE WILLIAM HOMER WEBB,

PETITIONER

_____________________________ 

            
ORIGINAL PROCEEDING
  

_____________________________

 

Before BOYD, C.J., and QUINN and JOHNSON, JJ. 

William Homer Webb (Webb) applied to this court for a post-conviction writ of habeas corpus under the authority of article 11.07 of the Texas Code of Criminal Procedure.  This court is without jurisdiction to consider a post-conviction application for writ of habeas corpus.  
Runnels v. State
, 804 S.W.2d 278 (Tex. App.--Beaumont 1991, no pet.).  Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained, made returnable to the Court of Criminal Appeals. 
Ex Parte Alexander
, 861 S.W.2d 921, 922 (Tex. Crim. App. 1993); 
Tex. Code Crim. Proc. Ann
. art. 11.07, § 3(b) (Vernon Supp. 1998).  Thus, we deny Webb’s application for want of jurisdiction. 

                                          

Per Curiam

Do not publish.